**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

QUASHAWN SHERIDAN,

Plaintiff

v.

STEVEN C. HAZLETT, et al.,

Defendants

Case No.: 3:26-cv-00285-MMD-CSD

**Report & Recommendation of United States Magistrate Judge**

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

## I. BACKGROUND

Plaintiff, who initiated this action while in custody at the Washoe County Detention Center, filed an application for leave to proceed in forma pauperis and a pro se complaint. (*See* ECF Nos. 1, 1-1.) On August 13, 2026, the court entered an order denying the IFP application without prejudice, as incomplete. The order directed Plaintiff to either file a complete IFP application or pay the full $405.00 filing fee within thirty days. Plaintiff has failed to do either, and the time for doing so has expired. It is therefore recommended that the District Judge enter an order dismissing this action without prejudice, for failure to file a complete IFP or pay the filing fee.

## II. RECOMMENDATION

**IT IS HEREBY RECOMMENDED** that the District Judge enter an order **DISMISSING** this action, **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

**IT IS SO ORDERED**.

Dated: September 17, 2026

Craig S. Denney
United States Magistrate Judge