UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| QUASHAWN SHERIDAN, Plaintiff, v. STEVEN C. HAZLETT, *et al.*, Defendants. | Case No. 3:26-cv-00285-MMD-CSD<br>ORDER |

*Pro se* Plaintiff Quashawn Sheridan initiated this lawsuit while in custody at the Washoe County Detention Center with a motion to proceed *in forma pauperis* ("IFP") (ECF No. 1) and a civil rights complaint (ECF No. 1-1 ("Complaint")). Before the Court is the Report and Recommendation (ECF No. 4 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court dismiss this action without prejudice. Plaintiff had until October 1, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). On August 13, Judge Denney denied Plaintiff's IFP application (ECF No. 1), directed the Clerk of Court to provide Plaintiff with a new IFP application and instructions, and ordered Plaintiff to file a completed IFP application or pay the filing fee within 30 days. (ECF No. 3 at 2.) Judge Denney cautioned Plaintiff that if he failed to comply, his action may be dismissed without prejudice. (*Id.*) Because Plaintiff failed to comply, and he did not request an extension of

time to do so, the Court agrees with Judge Denney that dismissal is appropriate. (ECF No. 4.)

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that the Complaint (ECF No. 1-1) is dismissed without prejudice. The Clerk of Court is directed to enter judgment accordingly.

DATED THIS 8th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE